# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

REGINALD COLEMAN, et al.,

      Plaintiffs,

v.

CARDINAL PAINT AND POWDER, INC.,

      Defendant.

Case No. 2:23-cv-00035-CDS-NJK

**Order**

[Docket No. 23]

      Pending before the Court is  Defendant Cardinal Paint and Powder, Inc.'s motion for substitution of attorneys.  Docket No. 23.  Defendant seeks to substitute in Marcus Lee and Holly Walker of Barber Ranen LLP because both attorneys have left their prior firm, Lewis Brisbois Bisgaard and Smith LLP.  *Id.*  For good cause shown, the Court **GRANTS** Defendant's motion. From the face of the motion, it appears that Local Rule IA 11-1(b) may be triggered.  No later than June 1, 2023, Defendant and its counsel must fully comply with the requirements Local Rule IA 11-1(b) or submit briefing as to why the rule does not apply.

      IT IS SO ORDERED.

      Dated: May 19, 2023

Nancy J. Koppe
United States Magistrate Judge

1