JASON MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
Email: jrm@mgalaw.com
jag@mgalaw.com
djb@mgalaw.com

CRAIG J. ACKERMANN, ESQ.
BRIAN W. DENLINGER, ESQ.
**ACKERMANN & TILAJEF, P.C.**
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: 310.277.0614
Facsimile: 310.277.0635
Email: cja@ackermanntilajef.com
bd@ackermanntilajef.com
(admitted pro hac vice)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD COLEMAN, an individual; DARNELL COLEMAN, an individual; BAYRON MARSHALL, an individual; JAYLIN MARSHALL, an individual; BARY MARSHALL, an individual; KAVON MARSHALL, an individual; THOMAS JONES, an individual; ALBERTO AVALOS, JR., an individual; RODERICK ANDREWS, an individual; BRANDON GARNETT, an individual; WESLEY LEDBETTER, an individual; ERICA COSEY, an individual; and RAFAEL BROWN, an individual,<br><br>*Plaintiffs*,<br>v.<br><br>CARDINAL PAINT AND POWDER, INC., a domestic corporation; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>*Defendants*. | Case No.: 2:23-cv-00035-CDS-NJK<br><br>**ORDER TO FILE AMENDED COMPLAINT** |

1

Pursuant to FRCP 15(a)(2), LR 7-1, and LR IA 6-2, Plaintiffs Reginald Coleman, Darnell Coleman, Bayron Marshall, Jaylin Marshall, Bary Marshall, Kavon Marshall, Thomas Jones, Alberto Avalos, Jr., Roderick Andrews, Brandon Garnett, Wesley Ledbetter, Erica Cosey, and Rafael Brown ("Plaintiffs"), by and through their counsel of record, the law firms of MAIER GUTIERREZ & ASSOCIATES and ACKERMANN & TILAJEF, P.C., and Defendant Cardinal Paint and Powder, Inc. ("Defendant"), hereby submit this stipulation permitting Plaintiffs to file a First Amended Complaint ("FAC") and setting Defendant's time to respond to the FAC.

WHEREAS:

1. Plaintiffs filed their Complaint [ECF No. 1] on January 6, 2023.

2. Pursuant to the contemporaneously-filed Stipulation and Order to Submit Matter to Binding Arbitration, 12 of the 13 individual plaintiffs have agreed to pursue their claims in arbitration because they signed arbitration agreements. As such, the Parties agree that there is good cause to amend the Complaint, in order to streamline the litigation and remove plaintiffs whose claims will be heard in arbitration rather than in Court.

3. The remaining plaintiff, Alberto Avalos, Jr., also seeks to amend his Complaint to incorporate additional factual allegations that have been uncovered in the discovery process.

4. The Parties wish to make efficient use of the Court's judicial resources and foster judicial economy by way of the submission of a First Amended Complaint.

5. The Parties stipulate and agree as follows:

    a. Plaintiffs shall file a First Amended Complaint within five (5) days of the Court approving and filing the order granting the instant stipulation. The First Amended Complaint shall list only plaintiff Alberto Avalos, Jr. as the plaintiff party.

    b. Defendant shall have up to and including twenty-one (21) days to respond to the First Amended Complaint once it has been filed.

/ / /

/ / /

/ / /

6. This stipulation is submitted in good faith and not for purposes of delay. Nothing in this stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any Party.

DATED this 22nd day of June, 2023                    DATED this 22nd day of June, 2023.

**MAIER GUTIERREZ & ASSOCIATES**                    **DAUGHERTY LORDAN LLP**

 /s/ Danielle J. Barraza                             /s/ Holly E. Walker
JASON R. MAIER, ESQ.                                MARCUS LEE, ESQ.
Nevada Bar No. 8557                                 Nevada Bar No. 15769
JOSEPH A. GUTIERREZ, ESQ.                           HOLLY E. WALKER, ESQ.
Nevada Bar No. 9046                                 Nevada Bar No. 14295
DANIELLE J. BARRAZA, ESQ.                           5510 S. Fort Apache Road
Nevada Bar No. 13822                                Las Vegas, NV 89148
8816 Spanish Ridge Avenue                           *Attorneys for Defendant*
Las Vegas, NV 89148

CRAIG J. ACKERMANN, ESQ.
BRIAN W. DENLINGER, ESQ.
**ACKERMANN & TILAJEF, P.C.**
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: 310.277.0614
Facsimile: 310.277.0635
*Attorneys for Plaintiffs*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  June 23, 2023  _____

3