# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO AVALOS,<br><br>　　Plaintiff,<br><br>v.<br><br>CARDINAL PAINT AND POWDER, INC., *et al.*,<br><br>　　Defendants. | Case No. 2:23-cv-00035-CDS-NJK<br><br>**Order**<br><br>[Docket No. 53] |

Pending before the Court is the parties' stipulated notice of settlement, request for stay, and request for status check. Docket No. 53.

The stipulation is **GRANTED** in part. Docket No. 53. A Stipulation of Dismissal and Proposed Order must be filed no later than April 1, 2024. All deadlines are stayed until April 1, 2024.

IT IS SO ORDERED.

Dated: February 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge