UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO AVALOS, JR., an individual,<br><br>*Plaintiff*,<br><br>vs.<br><br>CARDINAL PAINT AND POWDER, INC., a domestic corporation; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>*Defendants*. | Case No. 2:23-cv-00035-CDS-NJK<br><br>**ORDER FOR EXTENSION OF TIME TO EXTEND THE APRIL 1, 2024, DEADLINE PURSUANT TO THE COURT'S ORDER (ECF NO. 54)**<br><br>**(FIRST REQUEST)** |

  Plaintiff Alberto Avalos, Jr. ("Plaintiff") and Defendant Cardinal Paint and Powder, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, submit this Stipulation and [Proposed] Order for Extension of Time to Extend the April 1, 2024, Deadline Pursuant to the Court's Order (ECF No. 54).

  1. On February 23, 2024, Magistrate Judge Koppe ordered the Parties to file a stipulation of dismissal and proposed order no later than April 1, 2024, and further ordered that all pending deadlines be stayed until April 1, 2024.  ECF No. 54.

  2. The Parties have made progress on the settlement process, including execution of an agreement, but need additional time to complete this process, including the issuance of

settlement funds and filing a stipulation and proposed order to dismiss this action with prejudice. The Parties anticipate this process will take approximately thirty (30) days to complete.

3. Accordingly, the Parties hereby stipulate and respectfully request that the April 1, 2024, deadline to file a stipulation of dismissal and proposed order be extended to May 1, 2024. The Parties further stipulate and respectfully request that all pending deadlines be stayed until May 1, 2024.

4. This is the Parties' first request of an extension of the April 1, 2024, deadline. This request is made in good faith and not for the purpose of delay.

DATED this 29th day of March 2024.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Craig Ackerman
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

CRAIG J. ACKERMANN, ESQ.
BRIAN W. DENLINGER, ESQ.
ERIKA SMOLYAR, ESQ.
**ACKERMANN & TILAJEF, P.C.**
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: 310.277.0614
Facsimile: 310.277.0635

*Attorneys for Plaintiff*

DATED this 29th day of March 2024.

**O'HAGAN MEYER PLLC**

/s/ Laura Rios
MARCUS LEE
Nevada Bar No. 15769
HOLLY E. WALKER
Nevada Bar No. 14295
LAURA E. RIOS
Nevada Bar No. 15990
300 S. 4th Street, Ste 1250
Las Vegas, NV 89101
T: 725. 286.2801

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: April 1, 2024

2