UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Alberto Avalos, Jr.,

        Plaintiff

v.

Cardinal Paint and Powder, Inc.,

        Defendant

Case No. 2:23-cv-00035-CDS-NJK

**Order Closing Case**

      In June 2023, plaintiffs Reginald Coleman, Darnell Coleman, Bayron Marshall, Jaylin Marshall, Bary Marshall, Kavon Marshall, Thomas Jones, Roderick Andrews, Brandon Garnett, Wesley Ledbetter, Erica Cosey, and Rafael Brown and defendant Cardinal Paint and Powder agreed that the claims alleged by these plaintiffs fell within the scope of their respective arbitration agreements and submitted to binding arbitration with the America Arbitration Association. Order, ECF No. 33. The sole remaining plaintiff, Alberto Avalos, Jr., who had not entered into an arbitration agreement, filed an amended complaint (ECF No. 32) and Avalos ultimately settled his dispute with Cardinal (ECF No. 60). Because no live claims remain to adjudicate, the Clerk of Court is kindly instructed to close this case.

      Dated: February 19, 2025

                                        _____
                                        Cristina D. Silva
                                        United States District Judge